FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-0388
_____

COREY ROGERS,

    Appellant,

    v.

RICKY D. DIXON,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

February 14, 2024

PER CURIAM.

Corey Rogers appeals the circuit court's order dismissing his petition for writ of habeas corpus. Finding no error by the circuit court, we affirm. *See Baker v. State*, 878 So. 2d 1236, 1246 (Fla. 2004) (explaining that a trial court may dismiss, rather than transfer, a habeas petition when the petitioner seeks relief that "(1) would be untimely if considered as a motion for postconviction relief under rule 3.850, (2) raise claims that could have been raised at trial or, if properly preserved, on direct appeal of the judgment and sentence, or (3) would be considered a second or successive motion under rule 3.850 that either fails to allege new or different grounds for relief that were known or should have been known at the time the first motion was filed"); *Zuluaga v. Dep't of Corrs.*, 32 So. 3d 674 (Fla. 1st DCA 2010).

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Corey Rogers, pro se.

Ashley Moody, Attorney General, Tallahassee; Michael L. Schaub, General Counsel, Department of Corrections, Tallahassee, for Appellee.